**MARK E. COHEN, ESQ.**
ATTORNEY FOR SECURED CREDITOR
KONDAUR CAPITAL CORPORATION,
NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY
IN ITS CAPACITY AS SEPARATE TRUSTEE OF
MATAWIN VENTURES TRUST SERIES 2019-1
108-18 QUEENS BOULEVARD
4TH FLOOR, SUITE 3
FOREST HILLS, NEW YORK  11375
TELEPHONE (718) 258-1500

UNITED STATES BANKRUPTCY COURT
SOUTHER DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                        Case No. 19-22744-shl

Vincent M Zaccardo,                                                Chapter 13

            Debtor.
---------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance pursuant to 11 U.S.C. § 342 in the above-captioned Chapter 13 case as counsel to the secured creditor Kondaur Capital Corporation, not in its individual capacity but solely in its capacity as Separate Trustee of Matawin Ventures Trust Series 2019-1 (the "Secured Creditor"), and requests that all notices given or required to be given in this proceeding and all papers served or required to be served in this proceeding be given to and served upon:

> MARK E. COHEN, ESQ.
> 108-18 Queens Boulevard
> 4th Floor, Suite 3
> Forest Hills, New York 11375
> Telephone:     (718) 258-1500
> Facsimile:      (718) 793-1627
> Email:            mecesq2@aol.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the statute and Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, hearing, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other documents brought before this Court with respect to this case and any

proceedings therein, formal or informal, whether written oral, and whether transmitted or conveyed by mail, hand delivery, electronic mail, telephone, telex or otherwise.

Dated: Forest Hills, New York
August 7, 2019

**MARK E. COHEN, ESQ.**
By: /s/ *Mark E. Cohen, Esq.*
Attorney for Secured Creditor
Kondaur Capital Corporation,
not in its individual capacity but solely
in its capacity as separate trustee of
Matawin Ventures Trust Series 2019-1
108-18 Queens Boulevard
4th Floor, Suite 3
Forest Hills, New York  11375
Telephone (718) 258-1500
Our File No. K.052-895

## CERTIFICATE OF SERVICE

I, Mark E. Cohen, certify under penalty of perjury that I am not a party to this action, am over 18 years of age.

That on August 7, 2019 I served the **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS** by the Court's electronic filing system and regular U.S. Mail to the addresses listed below, said addresses designated for that purpose as follows:

TO:   **Chapter 13 Debtor**: Vincent M Zaccardo, 116 Briarcliff Drive South, Ossining, NY 10562

**Debtor's Counsel**: Timothy G. Holden, Esq., 445 Hamilton Avenue, Suite 1102, White Plains, NY 10601

**Chapter 13 Trustee**: Krista M. Preuss, Esq., 399 Knollwood Road, White Plains, NY 10603

**Office of the United States Trustee:** Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014

Dated:  Forest Hills, New York
August 7, 2019

**MARK E. COHEN, ESQ.**
By: /s/ *Mark E. Cohen, Esq.*
Attorney for Secured Creditor
Kondaur Capital Corporation,
not in its individual capacity but solely
in its capacity as separate trustee of
Matawin Ventures Trust Series 2019-1
108-18 Queens Boulevard
4th Floor, Suite 3
Forest Hills, New York  11375
Telephone (718) 258-1500
Our File No. K.052-895

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                                                     Case No. 19-22744-shl

Vincent M Zaccardo,                              CHAPTER 13

      Debtor.

---

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF NOTICES AND PLEADINGS

---

*MARK E. COHEN, ESQ.*
*Attorney for Secured Creditor*
*Kondaur Capital Corporation, not in its*
*individual capacity but solely in its capacity as Separate Trustee of*
*Matawin Ventures Trust Series 2019-1*
*108-18 Queens Boulevard*
*4th Floor, Suite 3*
*Forest Hills, New York 11375*
*Telephone: (718) 258-1500*
*Facsimile: (718) 793-1627*

---